UNITED STATES of America, Plaintiff–Appellee,

v.

Troy James POWELL, Defendant–Appellant.

No. 12–7847.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2013.

Decided: Jan. 25, 2013.

Troy James Powell, Appellant Pro Se. John George Guise, Office of the United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy James Powell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Powell,* No. 5:01–cr–00005–RLV–7 (W.D.N.C. Oct. 10, 2012). We dispense